SCANNED    P.G 1 of 2

United States District Court
For The 2nd Circuit

Larry Graves 72220-054
Plaintiff, Pro Se
    v
United States Of
  America
    Defendant

RECEIVED NOV 5 2020 U.S.D.C. WP

    Motion For Request For Appointment Of counsel...

Notice is hereby given that Larry Graves in the above named motion hereby asked this court to appoint him counsel for the Appeal of the denial of petition to reduce his sentence pursuant to 18 U.S.C. 3582(c)(1)A concerns regarding The Corona Virus pandemic.

    Respectfully Submitted
    Larry Graves
    Larry Graves 72220-054

F.C.I. Berlin, P.O. Box 9000
Berlin, N.H. 03570

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

---

This application is puzzling, as Defendant Graves has not made a motion for compassionate release, so there is no denial from which to appeal. I will interpret his request as one for counsel to make such a motion in the first instance. That motion is granted. Mr. Graves' prior counsel cannot be reappointed because Mr. Graves has previously accused that lawyer of ineffective assistance. Accordingly, the Government shall by 11/16/20 provide my chambers with a list of attorneys who are conflicted on this case, and the Court will appoint the next available CJA lawyer who is not conflicted. The Clerk shall send a copy of this endorsement to Defendant.

SO ORDERED.

*Cathy Seibel* 11/12/20 P.G. 2 of 2
CATHY SEIBEL, U.S.D.J.

RECEIVED
NOV 5 2020
U.S.D.C.
WP

## Certificate Of Service

The undersigned hereby certifies that he has also mailed a true copy of the foregoing Notice Of Appeal, postage prepaid, to

The Hon. Charles L. Brieant Jr.
Federal Building And United States Courthouse
300 Quarropas St.
White Plains, N.Y. 10601-4150

*Larry Graves*
Larry Graves 72220-054
Pro Se

Larry Graves #72220-054
F.C.I. Berlin
P.O. Box 9000
Berlin, N.H. 03570

P.S. Due to the fact F.C.I Berlin is currently in Quarantine protocol, I could not get these 2 pages of legal documents notarized.

Larry Groves
73300-054
F.C.I. Berlin
P.O. Box 9000
Berlin N.H. 03570

RECEIVED
NOV 5 - 2020
U.S.D.C.
W.P.

WHITE RIV JCT VT 050
02 NOV 2020 PM 1 T

To: Hon. Charles L. Brieant Jr.
Federal Building And United States
Courthouse
300 Quarropas St.
White Plains N.Y. 10601

